| | | |
|---|---|---|
| RIGHTS FORM | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA | (Rev#: 8/87)<br>SDI FORM B-1 |

MAGISTRATE CAUSE NO. __2:11-mj-0027-CMM__
CAUSE NO. __3:11-mj-02278-JMA-1__

STATUTE: __18:2423__

1. Defendant's Name: __ERIK S. EPPERSON__

2. Offense Charged: __Travel with Intent to Engage in Illicit Sexual conduct__

3. You are before a United States Magistrate and at the close of these proceedings you will be requested to sign an acknowledgment.

4. A complaint has been filed charging you with a violation of the laws of the United States, in particular, a violation of (the Magistrate reads the complaint).

5. You have a right to be represented by counsel and to retain an attorney before proceeding with this hearing. If you are financially unable to obtain the services of an attorney, I shall appoint one to represent you at this hearing without expense to you or you may waive the right to be so represented in any further proceedings before a United States District Judge. There is an attorney present and available to confer with you at this time. If an attorney is appointed for you, he will continue to represent you until he is relieved by order of the District Court. (Defendant was given the opportunity to complete CJA Form 1 or 3a or, if defendant waived the right to counsel, the opportunity to complete SDI Form D.)

6. The Magistrate appoints __John Kesler II__ as your attorney, but it is my responsibility to advise you of your rights. If you have funds available, you may be ordered to reimburse the government for the appointed attorney fees.

7. You are further advised that you are not being called upon at this time to plead guilty or not guilty to the charge(s) in the complaint; you are not required to make any statement at this time or at any other time when you are in custody; and any statement you make, either orally or in writing, can be used against you.

8. You have the right to have the preliminary hearing on the charges in the complaint to determine whether or not there is probable cause to believe that you committed the offense with which you are charged. Alternatively you may waive the preliminary hearing. If you demand a preliminary hearing, the government will be required to produce sufficient evidence by witnesses to establish probable cause to believe that you committed the crime with which you are charged. If the government is not able to produce such evidence, you will be released immediately, but the government may submit your case to a grand jury and attempt to secure an indictment against you for the same offense and, if such indictment be returned, you would be rearrested. If you waive your right to a preliminary hearing, the government will not be required to produce evidence against you.

9. You are further advised that you are entitled to be considered for pre-trial release under terms and conditions fixed by the court to insure your appearance at trial.

   In a limited number of cases, the United States may ask for pre-trial detention. Detention can only be imposed after a hearing and only if the Court decides no release conditions are adequate to protect the community and/or insure your attendance at trial.

10. Defendant acknowledges that the Magistrate has made the statements herein and that the defendant has received a copy.

    DATED: __7/8/11__          _____
                                    Defendant's Signature

    I certify that the defendant was advised of his rights in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

    DATED: __8 July 2011__     _____
                                    Craig M. McKee
                                    United States Magistrate Judge