# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

MAGISTRATE CAUSE NUMBER: 2:11-mj-27-CMM     CAUSE NUMBER:

At Terre Haute, IN on 8/1/11

Proceedings in United States vs. ERIK EPPERSON

Appeared in the custody of a Federal Officer ■     Appeared voluntarily ☐

Description: Age____ Sex M   Race____ Born: Native ☐ Foreign ☐

Address_____

Name of complainant and title (if any)____

Date of Complaint 7/29/11

Offense charged 18 U.S.C. 2423(b)     Date of offense_____

Where committed SDIN     Date of Warrant 7/29/11

Date of hearing 8/1/11     Examination waived_____

Bail fixed at $ None

Released ___ Detained ___

Committed to _____

Discharged (date)_____

Name and address of surety_____

Names and residences of witnesses_____

Remarks Deft. appeared in person and by CJA appointed counsel John Kesler II status conference for 2:11-MJ-27 . Govt. represented by AUSA Gayle Helart appeared by telephone and FBI by Jacob Overton. Govt. reported that District of CA and SDIN have agreed to have this matter heard in SDIN. Initial Hearing was then held on 1:11-MJ-460. John Kesler II will remain CJA counsel for deft. Charges, rights and penalties were explained as signed by deft. in cause number 2-11-MJ-27. Deft. waived reading of affidavit. Deft also waived probable cause hearing. Govt. moved for detention. Deft. waived detention hearing. Deft. ordered detained. Deft. remanded to custody of USM until further proceedings before court.

17 mins

Craig M. McKee, United States Magistrate Judge